# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Deborah E Lee

                              Plaintiff,

v.                                              Case No.: 1:09−cv−07789

                                                Honorable Harry D. Leinenweber

Thomas J Dart, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 25, 2010:

    MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held on 5/25/2010. Fact Discovery extended to 6/25/2010. Status hearing set for 6/24/2010 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.