IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Deborah Lee, | ) | |
|       Plaintiff, | ) ) ) | |
| v. | ) ) | No. 09 C 7789 |
| Thomas J. Dart, Sheriff of Cook County and Cook County Illinois | ) ) ) | Judge: Leinenweber |
|       Defendants. | ) ) | |

**Notice of Filing**

To: See Service List

    Please take notice that on June 16, 2010, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Plaintiff's Response to Defendant's Motion to Quash the Deposition of Defendant Thomas J. Dart

    Dated this sixteenth day of June, 2010 at Chicago, Illinois.

                                Respectfully submitted,

                              /s/ Thomas G. Morrissey

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Illinois 60643