**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH LEE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 7789 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| THOMAS J. DART, SHERIFF OF COOK | ) | |
| COUNTY and COOK COUNTY ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, IL 60643

PLEASE TAKE NOTICE that on June 18, 2010, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Reply to Plaintiff's Response to Defendants' Motion to Quash.

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Patrick S. Smith
Patrick S. Smith
Assistant State's Attorney
Conflicts Counsel Unit
69 W. Washington, 20th floor
Chicago, Illinois 60602
(312) 603-1422

CERTIFICATE OF SERVICE

I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on June 18, 2010 at or before 5:00 p.m. via the CM/ECF system.

/s/ Patrick S. Smith
Patrick S. Smith