# United States District Court
# Northern District of Illinois

In the Matter of

Lee

v.

Dart

Case No. 09 C 7789

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Harry D. Leinenweber** to be related to **08 C 6946** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Amy J. St. Eve

Dated: July 28, 2010

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Amy J. St. Eve**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: AUG -2 2010

Finding of Relatedness (Rev. 9/99)