# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7789 | **DATE** | 8/5/2010 |
| **CASE TITLE** | Lee v. Dart | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 08 C 6946. The above entitled case is hereby dismissed. All pending motions are denied as moot without prejudice. Any pending referral to the designated magistrate judge is closed. All pleadings are to be filed in case 08 C 6946. All pending counsel in the associated case 09 C 7789 are to be linked to the lead case number 08 C 6946. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|